# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 99-60402
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEON HILL,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:98-CR-74-2-LN

March 6, 2000

Before POLITZ, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Leon Hill appeals his conviction for various counts of money laundering and mail fraud. He contends that the district court committed plain error in instructing the jury on the elements of mail fraud. Our review discloses no such error.[2]

Hill next contends that the evidence was insufficient to sustain his convictions for money laundering. Considering the evidence in the light most favorable to the verdict, as we must, we are persuaded that a reasonable trier of fact appropriately could have found that the evidence established guilt beyond a reasonable doubt.[3] Hill also contends that the district court erred in allowing the admission of evidence pertaining

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[2]**United States v. Calverley**, 37 F.3d 160 (5th Cir. 1994) (en banc).

[3]**United States v. Bermea**, 30 F.3d 1539 (5th Cir. 1994).

to prior bad acts.  We perceive no abuse of discretion in the allowance of the admission of this evidence.[4]

The convictions and sentence imposed are AFFIRMED.

---

[4]**United States v. McCarty**, 36 F.3d 1349 (5th Cir. 1994).